UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWELL HEALTH, INC., : | Civil Action No. 1:21-cv-01104-JSR |
| Plaintiff, : | |
| v. : | |
| LEXINGTON INSURANCE COMPANY and : | |
| INTERSTATE FIRE & CASUALTY COMPANY. : | |
| Defendants. : | |

## PLAINTIFF'S NOTICE OF MOTION TO COMPEL

PLEASE TAKE NOTICE that upon the Declaration of Robin L. Cohen, the exhibit annexed thereto, and the accompanying Memorandum of Law, dated July 1, 2021, Plaintiff Northwell Health, Inc. ("Northwell"), hereby moves this Court, before the Honorable Jed S. Rakoff at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 14B, New York, New York, for an Order (1) granting Northwell's Motion to Compel production of documents showing the impact COVID-19 had on Defendants' policy terms, including communications surrounding the development of Lexington's Communicable Disease Exclusion and any other new endorsements, policy forms, or exclusions created by Lexington or Interstate; and (2) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that any opposition to this motion shall be served on or before 5:00 P.M. on July 2, 2021.

Dated: New York, New York
      July 1, 2021

                      Respectfully submitted,

                      COHEN ZIFFER FRENCHMAN
                      & MCKENNA LLP

                      By:    s/ Robin L. Cohen
                              Robin L. Cohen
                              Alexander M. Sugzda
                              Cynthia M. Jordano
                              1350 Avenue of the Americas, 25th Floor
                              New York, New York 10019
                              P: (212) 584-1890
                              rcohen@cohenziffer.com
                              asugzda@cohenziffer.com
                              cjordano@cohenziffer.com

                              *Attorneys for Plaintiff*
                              *Northwell Health, Inc.*