**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NORTHWELL HEALTH, INC.,

                     Plaintiff,

     -against-                                    21 **CIVIL** 1104 (JSR)

                                                            **JUDGMENT**

LEXINGTON INSURANCE COMPANY and
INTERSTATE FIRE & CASUALTY COMPANY,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated July 26, 2021, the motion to dismiss is granted and the Complaint is dismissed with prejudice, and Northwell's motion for summary judgment is denied as moot.

**Dated:** New York, New York

        July 27, 2021

                                                                    **RUBY J. KRAJICK**

                                                                    Clerk of Court

                                **BY:**

                                                                    **Deputy Clerk**